No. 00–492. ALABAMA *v.* BOZEMAN. Sup. Ct. Ala. [Certiorari granted, 531 U. S. 1051.] Motion of the Acting Solicitor Gen-

eral for leave to participate in oral argument as *amicus curiae* and for divided argument granted.